# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| RAK TRADEMARKS, LLC, | : | Case No. 1:22-cv-137 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| COMFORT DENTAL MASON, LLC, et al., | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X     Decision by Court.**     This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

1. Plaintiff's Motion for an Award of Attorneys' Fees and Costs (Doc. 15) is GRANTED;
2. Plaintiff is AWARDED $22,101.00 in attorney fees;
3. Plaintiff is AWARDED $875.54 in costs; and
4. This case is TERMINATED from the Court's docket.

Dated: May 30, 2023.                                       Richard W. Nagel, Clerk of Court
                                                                            By: */s/ Kellie A. Fields*
                                                                                  Deputy Clerk